IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARRED FARRELL NORMAN,
    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,
    Defendant.

Case No. 18-cv-06658-MMC

**ORDER DIRECTING PLAINTIFF TO PAY FILING FEE**

By order filed November 20, 2018, the Court[1] denied without prejudice plaintiff's application to proceed to in forma pauperis, and afforded plaintiff leave to file, no later than December 6, 2018, an amended application. Plaintiff did not file an amended application.

Accordingly, if plaintiff wishes to pursue the instant action, plaintiff is hereby DIRECTED to pay, no later than December 28, 2018, the $400 filing fee. Plaintiff's failure to do so will result in dismissal of the above-titled action without prejudice.

**IT IS SO ORDERED.**

Dated: December 13, 2018

MAXINE M. CHESNEY
United States District Judge

---

[1] On December 6, 2018, the above-titled action was reassigned.