IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRED FARRELL NORMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>  Defendant. | Case No. 18-cv-06658-MMC<br><br>**ORDER DISMISSING ACTION** |

By order filed November 20, 2018, the Court denied plaintiff's application to proceed in forma pauperis, and afforded plaintiff leave to file, no later than December 6, 2018, an amended application. Plaintiff did not file an amended application. Thereafter, by order filed December 13, 2018, the Court directed plaintiff to pay, no later than December 28, 2018, the filing fee. Plaintiff has not paid the filing fee.

Accordingly, the instant action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 2, 2019

MAXINE M. CHESNEY
United States District Judge