IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRED FARRELL NORMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | Case No. 18-cv-06658-MMC<br><br>**ORDER STRIKING AMENDED COMPLAINT; DENYING AS MOOT REQUEST FOR STAY OF PROCEEDINGS**<br><br>Re: Dkt. No. 16 |

The Court is in receipt of plaintiff's "Second Complaint" and "Request for a Stay of All Proceeding[s]," both filed January 7, 2019.

On January 2, 2019, however, the Court dismissed the above-titled action without prejudice, after which the Court of Clerk entered judgment on said dismissal. As plaintiff has failed to argue, let alone establish, that a cognizable ground exists to set aside the judgment, the above-referenced amended complaint is hereby STRICKEN. See Lindauer v. Rogers, 91 F.3d 1355, 1357 (9th Cir. 1996) (holding "once judgment has been entered in a case, a motion to amend the complaint can be entertained only if the judgment is first reopened under a motion brought under Rule 59 or 60"). Further, in light of the entry of judgment, the request for a stay is hereby DENIED as moot.[1]

**IT IS SO ORDERED.**

Dated: January 15, 2019

MAXINE M. CHESNEY
United States District Judge

---

[1] Additionally, the Court notes that, on January 7, 2019, plaintiff attempted to give $50 to the Clerk of Court, which amount he referred to as an "installment." (See Doc. No. 17.) In light of the dismissal, the Clerk of Court returned said funds to plaintiff.